IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

CIVIL ACTION FILE NO.: 1:22-CV-553

| | |
|---|---|
| THE NORTH CAROLINA MUTUAL WHOLESALE DRUG COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **JOINT STIPULATION OF**<br>) **DISMISSAL OF THE THIRD**<br>) **CLAIM FOR RELIEF** |
| FEDERAL INSURANCE COMPANY, | )<br>) |
| Defendant. | ) |

NOW COME the parties to this action, by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, partial judgment having been entered as to the First and Second Claims for Relief, the parties hereby stipulate that the Third Claim for Relief [Unfair and Deceptive Trade Practices – N.C.G.S. § 75-1.1 and § 58-63-15(11)] shall be dismissed with prejudice.

Respectfully submitted, this the 25th day of January, 2024.

                FITZGERALD HANNA & SULLIVAN, PLLC

                /s/ Douglas W. Hanna
                Douglas W. Hanna, NCSB #18225
                3737 Glenwood Avenue, Suite 375
                Raleigh, NC 27612
                Telephone: (919) 863-9091
                Facsimile: (919) 863-9095
                *Attorneys for The North Carolina Mutual Wholesale Drug Company*

O'MELVENY & MYERS LLP

/s/ Zoheb Noorani
Zoheb Noorani*
Richard Goetz*
Jessica Snyder*
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6400
znoorani@omm.com
rgoetz@omm.com
jsnyder@omm.com

Janet R. Davis*
Cozen O'Connor
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Email: jrdavis@cozen.com
Telephone: (312) 474-7947

Kenan Loomis
N.C. Bar No. 34309
Cozen O'Connor
1230 Peachtree Street, N.E.
The Promenade, Suite 400
Atlanta, GA 30309
Email: kloomis@cozen.com
Telephone: (404) 572-2028

*Attorneys for Defendant
Federal Insurance Company*

*Appearing by special appearance pursuant to L.R. 83.1(d)

2